# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

VICTORIA L. PETERSON,
ADC #707743                                                                                         PLAINTIFF

V.                                      1:12CV00008 JLH/JTR

NURZUHAL FAUST; and
JOHN MAPLES, McPherson Unit,
Arkansas Department of Correction                                                DEFENDANTS

## ORDER

On October 23, 2012, the Court issued an Order giving Plaintiff thirty days to: (1) file a Statement indicating whether she wishes to continue with this *pro se* § 1983 action now that she has been released from custody; and (2) a freeworld *In Forma Pauperis* Application.  *See* docket entry #21.

The dispositive motion deadline is November 9, 2012.  *See* docket entry #19. Defendants have filed a Motion asking the Court to continue that deadline until after Plaintiff's time to respond to the October 23, 2012 Order expires.  *See* docket entry #23.  The Court finds good cause for granting that request.

IT IS THEREFORE ORDERED THAT:

1.      Defendants' Motion to Continue (docket entry #23) is GRANTED.

2.      Defendants must file any dispositive motions **on or before December**

**27, 2012.**

Dated this 19th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE