**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

VICTORIA L. PETERSON,                                                                                    PLAINTIFF
ADC #707743

v.                                        No. 1:12CV00008 JLH/JTR

NURZUHAL FAUST; and
JOHN MAPLES, Warden, McPherson Unit,
Arkansas Department of Correction                                                                    DEFENDANTS

**JUDGMENT**

Pursuant to the opinion and order entered separately today, judgment is entered in favor of the defendants. The case is dismissed without prejudice, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 27th day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE