**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| VICTORIA L. PETERSON,<br>ADC #707743 | PLAINTIFF |
| v.   No. 1:12CV00008 JLH/JTR | |
| NURZUHAL FAUST; and<br>JOHN MAPLES, Warden, McPherson Unit,<br>Arkansas Department of Correction | DEFENDANTS |

### JUDGMENT

Pursuant to the opinion and order entered separately today, judgment is entered in favor of the defendants. The case is dismissed without prejudice, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 27th day of November, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE